UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MICHELE BECKFORD,**

    Plaintiff,

v.                                  Case No: 8:19-CV-62-T-27SPF

**FLORIDA ORTHOPAEDIC INSTITUTE SURGERY CENTER, LLC,**

    **Defendant.**
_____/

## **ORDER**

Plaintiff was directed to demonstrate in writing why this action should not be dismissed (Dkt. 7). She was given until April 16, 2019 to file a response. The order expressly stated, "Failure of Plaintiff to file a timely response shall result in the immediate dismissal of this case for lack of prosecution <u>without further notice of the Court</u>." (Id.) Plaintiff has not responded to the order to show cause.

Accordingly, pursuant to Local Rule 3.10, this action is **DISMISSED** for lack of prosecution. The clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** this 17th day of April, 2019.

                                                          */s/ James D. Whittemore*

                                                          **JAMES D. WHITTEMORE**
                                                          **United States District Judge**

Copies to: Counsel of record